**Anthony A. AGWUMEZIE,**
**Plaintiff–Appellant,**

v.

**ALLSTATE INSURANCE COMPANY,**
**Defendant–Appellee.**

No. 03–1846.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 3, 2003.

Anthony A. Agwumezie, Appellant Pro Se. Craig David Roswell, Jeanie Lynn Scherrer, Niles, Barton & Wilmer, L.L.P., Baltimore, Maryland, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Anthony A. Agwumezie appeals the district court's order granting in part Allstate Insurance Company's motion to dismiss and the magistrate judge's order denying his motion for new trial following a jury trial in his civil action against Allstate. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and the magistrate judge. *See Agwumezie v. Allstate Insurance*, No. CA–02–493–DKC (D. Md. Aug. 8, 2002; June 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*